RECEIVED
CLERK'S OFFICE
2013 OCT 18 AM 8:33
U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
_____ DIVISION

## QUESTIONNAIRE FOR THE PRISONERS PROCEEDING PRO SE UNDER 42 U.S.C. § 1983

JAMES CLARK HENDERSON, JR.
_____
_____
_____
(GIVE FULL NAME AND PRISON NUMBER OF PLAINTIFF)

**Plaintiff**

VS.

SHERIFF HOWARD SILLS
DET. LT. TRACEY BOWEN
DET. CHRISTOPHER HARPER
DET. TERRELL ABERNATHY
(NAME OF EACH DEFENDANT)

**Defendant(s)**

CIVIL ACTION NO:

~~5:13-CV-~~ 402

## I. GENERAL INFORMATION

1. Your full name and prison number  JAMES CLARK HENDERSON, JR. - 1109542

2. Name and location of prison where you are <u>now</u> confined  PHILLIPS TRANSITIONAL CENTER

3. Sentence you are now serving (how long?)  TEN YEARS

    (a) What were you convicted of?  ENTERING AUTO

    (b) Name and location of court which imposed sentence  PUTNAM COUNTY SUPERIOR COURT - EATONTON, GA

    (c) When was sentence imposed?  MAY 15, 2012

    (d) Did you appeal your sentence and/or conviction?    Yes ☐    No ☑

    (e) What was the result of your appeal? _____

(f) Approximate date your sentence will be completed __NOVEMBER 19, 2019__

## II. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

4. Other than an appeal of your conviction or sentence, and other than any habeas action, have you filed a lawsuit dealing with the same or similar facts or issues that are involved in this action?

   Yes ☐   No ☑

5. If your answer to question 4 is "Yes," list that lawsuit below, giving the following information:

   (IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit INVOLVING SAME FACTS:

   Plaintiff(s): _____

   Defendant(s): _____

   (b) Name of Court: _____

   (c) Docket Number: _____  When did you file this lawsuit? _____

   (d) Name of judge assigned to case: _____

   (e) Is this case still pending?   Yes ☐   No ☐

   (f) If your answer to (e) is "No", when was it disposed of and what were the results?
   (DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

   _____

6. Other than an appeal of your conviction or sentence, and other than any habeas action, have you ever filed any lawsuit while incarcerated or detained?   Yes ☑   No ☐

7. If your answer to question 6 is "Yes," list that lawsuit below, giving the following information:

   (IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit:

   Plaintiff(s): __LEGAL PAPERWORK LOST; UNSURE OF CASE NUMBERS__

   Defendant(s): _____

   (b) Name of Court: _____

   (c) Docket Number: _____  When did you file this lawsuit? _____

   (d) Name of judge assigned to case: _____

   (e) Is this case still pending?   Yes ☐   No ☑

**(f)** If your answer to (e) is "No", when was it disposed of and what were the results?
(DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

DISMISSED BECAUSE I (PLAINTIFF) FAILED TO HAVE MY STATE-MENTS SWORN.

**8. AS TO ANY LAWSUIT FILED IN ANY FEDERAL COURT** in which you were permitted to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?    Yes ☐    No ☑

If your answer is Yes, state the name of the court and docket number as to each case:

_____     _____
_____     _____
_____     _____
_____

### III. PLACE OF INCIDENT COMPLAINED ABOUT

**9.** Where did the matters you complain about in this lawsuit take place? PUTNAM COUNTY SHERIFF'S OFFICE - 111 RIBLEY DRIVE EATONTON, GA 31024

(a) Does this institution have a grievance procedure?    Yes ☑    No ☐

(b) If your answer to question 9(a) is "Yes", answer the following:

(1) Did you present your complaint(s) herein to the institution as a grievance?    Yes ☐    No ☑

(2) If Yes, what was the result? _____

(3) If No, explain why not: The incident happened during my arrest and not in the institution. However, I did send Sheriff Howard Sills a certified letter requesting an institutional grievance so I could approach it that way and he did not acknowledge.

(c) What, if anything else, did you do or attempt to do to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to. My family has contacted Sheriff Sills on numerous occasions.

(d) Did you appeal any denial of your grievance to the highest level possible in the prison system? Yes ☐  No ☑

(1) If Yes, to whom did you appeal and what was the result? _____

(2) If No, explain why you did not appeal: No grievance was filed because of the previous stated reason.

10. In what other institutions have been confined? Give dates of entry and exit.

~~Wilcox State Prison~~
Georgia Diagnostic & Classification Prison  05/31/2012 - 09/11/2012
Wilcox State Prison - 09/11/2012 - 07/02/2013
Phillips State Prison (Trans. Ctr.) - 07/02/2013 - present

## IV. PARTIES TO THIS LAWSUIT

11. List your CURRENT place of incarceration/mailing address.

Phillips Transitional Center - 2989 W. Rock Quarry Rd.
Buford, GA 30519

12. List the full name, the official position, and the place of employment of each defendant in this lawsuit. (ATTACH ADDITIONAL PAGES IF NECESSARY)

Sheriff Howard Sills - Sheriff, Putnam Co., GA Sheriff's office
Lt. Tracey Bowen - Lead Detective, Putnam Co., GA Sheriff's Office
Det. Christopher Harper - Detective, Putnam Co., GA Sheriff's Office
Det. Terrell Abernathy - Detective, Putnam Co., GA Sheriff's Office

## V. STATEMENT OF CLAIM

13. In the space hereafter provided, and on separate sheets of paper if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court <u>WHAT</u> you contend happened to you, <u>WHEN</u> the incident(s) you complain about occurred, <u>WHERE</u> the incident(s) took place, <u>HOW</u> your constitutional rights were violated, and <u>WHO</u> violated them? Describe how <u>each</u> defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

DO NOT GIVE ANY LEGAL ARGUMENT OR CIT ANY CASES OR STATUTES AT THIS TIME; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULES 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE <u>REQUIRES</u> THAT PLEADINGS BE <u>SIMPLE</u>, <u>CONCISE</u>, and <u>DIRECT</u>! If the court needs additional information from you, you will be notified.

WHERE did the incident you are complaining about occur? That is, at what institution or institutions? __Putnam Co. Sheriff's Office__

WHEN do you allege this incident took place? __11/20/2009 to present__

WHAT happened? __On 11/20/2009, Det. Lt. Tracey Bowen, Det. Christopher Harper, and Det. Terrell Abernathy executed a search warrant at the home of Plaintiff's parents (15 Deanna Dr, Colbert, GA), where Plaintiff was staying. During the course of this search warrant, the individuals named above seized, among several items, five Rolex watches (one Rolex mens Datejust, one Rolex mens Submariner, one Rolex mens GMT Master, and two Rolex mens Daytonas) and several pair of designer sunglasses (Prada, Gucci, Yves Saint Laurent, Oliver Peoples, Ray-Ban, etc.). None of the above named items were listed on any search warrant affidavit, nor did the defendants have any reason to suspect the items were contraband. On May 15, 2012, the Plaintiff concluded his criminal case in Putnam County Superior Court by receiving a ten year confinement sentence. Shortly thereafter, Plaintiff's mother and sister went to Putnam County Sheriff's Office to retrieve items seized during the execution of the search warrant and all items were returned, with the exception of the above__

named items, which Sheriff Howard Sills refused to return. Sheriff Sills claimed the items were counterfeit and said he would not return them. The items are, in fact, not counterfeit, nor are they contraband. The watches came from the estates of the Plaintiff's grandfather and uncle, both of whom had died during the preceding nineteen months and the Plaintiff's mother served as executor of both estates. The sunglasses are the Plaintiff's personal property and are also not counterfeit. Items were seized outside of Sheriff Sills' jurisdiction so he has no say so even if the items were counterfeit. Plaintiff filed a Motion For Order to Return Property, which could have been ruled on outside of Plaintiff's presence, but withdrew it when Putnam Co. filed a production order requiring his presence. Plaintiff fears for his safety if in custody of Putnam County Sheriff's Office due to numerous threats made by Sheriff Howard Sills. The home of Plaintiff's parents was approximately 60 miles from Sheriff Sills' jurisdiction as it was in Oglethorpe County, Georgia.

**14. List the name and address of every person you believe was a WITNESS to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened.** (USE ADDITIONAL SHEETS, IF NECESSARY)

- James Henderson (father) - he witnessed property seized and has witnessed Sheriff Sills refuse to return said property.
- Rebecca Henderson (mother) - same as above
- Julie Willoughby (sister) - witnessed Sheriff Sills refuse to return property. Address for all is 48 Lawanna Dr. Watkinsville, GA 30677

**15. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes!** (USE ADDITIONAL SHEETS, IF NECESSARY)

I would like my property returned and I am seeking nominal and punitive damages.

**16.** You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you <u>will</u> be afforded an opportunity to respond thereto.

**17. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO <u>DILIGENTLY</u> PROSECUTE IT.** That means that you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case <u>before</u> you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT! IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE! If you fail to prosecute your case, it will be dismissed under Rule 41 of the Federal Rules of Civil Procedure.

Signed this 12 day of October, 20 13.

James C. Henderson, Jr.
PLAINTIFF